IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DAVID RAY WEDSTED,

    Plaintiff,

v.                                         Civil Action No. 3:17CV241

UNKNOWN,

    Defendant.

**MEMORANDUM OPINION**

By Memorandum Order entered on May 11, 2017, the Court conditionally docketed David Ray Wedsted's action. The Memorandum Order warned Wedsted that he must immediately advise the Court of his new address in the event that he is transferred or relocated. On September 19, 2017, a Memorandum Order entered on August 31, 2017 was returned to the Court by the United States Postal Service marked, "RETURN TO SENDER" and "NOT AT THIS FACILITY." Wedsted's failure to keep the Court apprised of his current address indicates his lack of interest in prosecuting the present action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum Opinion to Wedsted.

It is so ORDERED.

                                                  /s/     REP

Date: October 6, 2017         Robert E. Payne
Richmond, Virginia          Senior United States District Judge